UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JORGE A. MAISONET, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 14-12559-LTS |
| SALEM HOUSING AUTHORITY, et al., | ) | |
| Defendants. | ) | |

ORDER ON PLAINTIFF'S EMERGENCY MOTION
FOR CONTEMPT AND FOR TEMPORARY RESTRAINING ORDER

August 20, 2014

SOROKIN, D.J.

Defendants shall respond to the pending Emergency Motion for Contempt and Motion for Temporary Restraining Order by the close of business August 27, 2014.

The energy survey to be conducted tomorrow by Action Energy appears wholly unrelated to the issues in this litigation. The Court declines, at this time, to issue an order restraining Action Energy from entering Plaintiff's apartment for the purposes of the survey. The Court, however, directs Defendants to permit Plaintiff's counsel to be present for the survey, if he so wishes. Counsel for the parties or Plaintiff's counsel and Defendants shall confer regarding the conduct of the survey.

SO ORDERED.

/s / Leo T. Sorokin
Leo T. Sorokin
United States District Judge