UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JORGE MAISONET
Plaintiff(s)

v.

SALEM Housing et al
Defendant(s)

CIVIL ACTION
NO. 14-CV-12559 LTS

REPORT RE: REFERENCE FOR
ALTERNATIVE DISPUTE RESOLUTION

TO JUDGE Sorokin

The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

On 12/16/14 I held the following ADR proceeding:

SCREENING CONFERENCE     EARLY NEUTRAL EVALUATION
X MEDIATION     SUMMARY BENCH / JURY TRIAL
MINI-TRIAL     SETTLEMENT CONFERENCE

All parties were represented by counsel [except _____]

The parties were / were not present in person or by authorized corporate officer [except _____].

The case was:

Settled. Your clerk should enter a _____ day order of dismissal.

There was progress. A further conference has been scheduled for _____ unless the case is reported settled prior to that date.

X Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

Suggested strategy to facilitate settlement:

12/29/14
DATE

_____
DEPUTY CLERK