# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| Jorge A. Maisonet,<br>        Plaintiff,<br><br>v.<br><br>Salem Housing Authority, et. al.<br>        Defendant. | **CIVIL ACTION**<br>**NO. 14-cv-12559-LTS** |

REPORT RE: REFERENCE FOR
ALTERNATIVE DISPUTE RESOLUTION

TO: JUDGE SOROKIN

HENNESSY, M.J.

On   May 9, 2016   I had scheduled the following ADR proceedings:

| ____ | EARLY NEUTRAL EVALUATION | _X_ | MEDIATION |
| ____ | MINI-TRIAL | ____ | SUMMARY JURY TRIAL |
| ____ | SETTLEMENT CONFERENCE | | |

The parties were present in person or by an authorized corporate officer.
The case was:

( X )    Settled. Your clerk should enter a __30__ day order of dismissal.

(   )    There was progress. A further conference has been scheduled for _____.
             unless the case is reported settled prior to that date.

(   )    Further efforts to settle this case at this time are, in my judgment, unlikely to be
             productive. This case should be restored to your trial list.


May 10, 2016                                      /s/ David. H. Hennessy
Date                                                    David H. Hennessy, USMJ