United States District Court
For the
District of Massachusetts

FILED IN CLERK'S OFFICE
2016 JUN -8 PM 1:43
U.S. DISTRICT COURT
DISTRICT OF MASS.

Jorge A. Maisonet
 Plaintiff

v.

Salem Housing Authority
Carol A. MacGown and
Lorri A. DeFrancesco

Civil Action
NO: 14-12559-LTS

## Motion To Request Case To Be Reopened & Motion To Request Settlement Agreement Made In Mediation To Be Enforced

Comes now Plaintiff Jorge A. Maisonet (Plaintiff) Moves this Honorable Court to reopen this case, because Defendants have refused to comply with the settlement Agreement Defendants and Plaintiff agreed to during Mediation on May 9th, 2016. The agreement was put on record by the Honorable Judge Hennesey on that same day. The agreement is Binding.

Additionally, Plaintiff moves this Honorable Court to enforce the settlement Agreement Made during mediation and order Defendants to comply with what all parties involved agreed to during mediation as the agreement is binding for Defendants and Plaintiff.

Respectfully Submitted by,

Jorge A. Maisonet

June 8, 2016