UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JORGE A. MAISONET,<br>                Plaintiff<br><br>V.<br><br>SALEM HOUSING AUTHORITY,<br>CAROL A. MACGOWN and<br>LORRI A. DEFRANCESCO,<br>                Defendants | CIVIL ACTION<br>NO. 14-CV-12559-LTS |

**AFFIDAVIT OF CAROL MACGOWN IN SUPPORT OF THE DEFENDANTS' MOTION TO CONFIRM COMPLIANCE WITH SETTLEMENT ORDER AND AGREEMENT OR FOR INSTRUCTIONS.**

Now comes Carol MacGown and makes affidavit as follows:

1. I am the Executive Director of the Salem Housing Authority and have been so employed at all relevant times;

2. I make this affidavit of my own personal knowledge;

3. Pursuant to the settlement order and agreement in this matter, I forwarded to the Plaintiff the finalized agreement, executed by the Authority, myself and Defendant Defrancesco, on 6/23/16;

4. On 6/24/16, Plaintiff e-mailed counsel for the Defendants, and me, requesting the paperwork forms necessary to effectuate the issuance of the Section 8 Housing Choice Voucher. Plaintiff also requested hand-delivery of the settlement check;

5. On 6/27/16, I e-mailed Plaintiff requesting that he come into the office to pick up the package of Section 8 Housing Choice Voucher paperwork, as well as to pick up the settlement check. Plaintiff did pick-up said forms and the check that day;

6. Since that time Plaintiff has also received oral reminders about the Section 8 paperwork from the Authority's staff;

7. As of this date, Plaintiff still have not completed the forms necessary to process the Section 8 voucher and to confirm that he remains eligible to receive said voucher under the applicable federal laws and regulations, as required by the settlement agreement and Order;

8. Since 12/8/16, up to the date of this affidavit, the Authority has not had a response from the Plaintiff with regard to said completed Section 8 paperwork or to the notice of the Defendants' intent to proceed with the understanding that the Authority had fulfilled its obligations under the Order and Agreement;

9. Plaintiff has not paid any rent since the settlement Order and Agreement was executed and entered. Further, Plaintiff has not completed the required annual income recertification, or the wage/tax match requirement, and has maintained a video camera in the common hallway outside his apartment without permission of the Authority.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 16th DAY OF FEBRUARY, 2017.

Carol MacGown, Ex. Director, Salem Housing Authority