EXHIBIT 2



**Subject** Re: Case 1_14-cv-12559-LTS Maisonet v. Salem Housing Authority et al Motion for Miscellaneous Relief.pdf
**From** Jorge Maisonet <jorgemaisonet@yahoo.com>
**To:** Maria_Simeone@mad.uscourts.gov <Maria_Simeone@mad.uscourts.gov>
**Cc:** mariliz_montes@mad.uscourts.gov <mariliz_montes@mad.uscourts.gov>
**Date** Wed, Nov 28, 2018 at 8:16 AM

Dear Ms. Simeone and Ms. Montes,

I was not served Defendants' last motion filed with the court on November 15. I had to ask Defendants' lawyer to email me a copy, which I received days later. See attachment for email I sent to them requesting a copy of the motion and their response.

I was never given access to the Court's electronic filing system to respond to their motion. I also do not have the money to send the motion to court via certified postal service. The only option I have is to file the response in person at the court. As you may remember, I live in Salem, MA. I do not have transportation to the court to file the motion until Friday, at least.

I am working on the motion to be able to file it Friday or the latest Monday.

I am hoping and asking the court via this email to be given the proper time to be able to respond to the motion.

I look forward to your response.

Thank you,

Jorge