# EXHIBIT 3



## SALEM HOUSING
### AUTHORITY

John A. Boris, Chairman
Frank J. Milo, Vice Chairman
Peter K. Strout, Second Vice Chairman
Maureen Call, Treasurer
Kimberley Driscoll

Carol A. MacGown, Executive Director

**Important Notice. Please have this translated if necessary.**
**Aviso Importante. Por favor haga traducir si es necesario.**

October 11, 2018

Jorge Maisonet
205 Bridge Street Unit 201
Salem, MA 01970

Dear Jorge,

Please be advised that a Private Conference concerning termination of your lease has been scheduled for you or your authorized representative.*

1. for **9:45 a.m.** on **Monday, October 22, 2018** at the office of the Salem Housing Authority, 27 Charter Street, Salem, Massachusetts 01970.

2. The reasons for such termination are: SEE ATTACHMENT NO. 1.

3. You have a right to request, within seven (7) days of the conference, a hearing under the grievance procedure. Your request must be presented personally or forwarded by first class mail to the Salem Housing Authority main office. The request must be in writing, must specify the particular facts that are the basis of the complaint and must specify the action the tenant wants the Housing Authority to refrain from taking. You have a right to inspect relevant documents prior to the hearing.

4.    a)    Your nearest legal service office is: Neighborhood Legal Service Inc., 37 Friend Street, Lynn, MA 01902

       b)    Contact your local tenant organization representative at: (978) 423-2130.

SALEM HOUSING AUTHORITY




Attachment #1

The reason(s) the Housing Authority wishes to terminate your tenancy is that you are in violation of your State Aided Dwelling Lease Section IV (A).

On August 20, 2018, the Salem Housing Authority requested that you complete your Annual Recertification, in accordance with 760 CMR 6.04 (4), by verifying all income, assets, deductions, etc. before September 20, 2018. (copy enclosed)

On September 25, 2018 you were sent a second notice requesting that you bring in the documentation by October 3, 2018 and you did not. This letter also informed you that if you fail to properly complete verifying your income, the authority, in accordance with 760 CMR 6:06 (6) (g), would terminate your lease.

Therefore, since you have failed to comply with the lease requirements, the Authority, in accordance with Section X(C) 8, intends to terminate your tenancy on **November 30, 2018.**

File: mrtatt1